*State, Respondent, v. Lipinski, Petitioner*, No. 93970-5. Petition for review of a decision of the Court of Appeals, No. 47725-4-II, November 22, 2016, 196 Wn. App. 1068. *Denied* March 29, 2017.

*Dempcy et al., Petitioners, v. Avenius et al., Respondents*, No. 93982-9. Petition for review of a decision of the Court of Appeals, No. 73869-1-I, September 26, 2016, 196 Wn. App. 1009. *Denied* March 29, 2017.

*State, Respondent, v. Castro, Petitioner*, No. 93992-6. Petition for review of a decision of the Court of Appeals, No. 33279-9-III, September 29, 2016, 196 Wn. App. 1015. *Denied* March 29, 2017.

*State, Respondent, v. Brandenburg, Petitioner*, No. 93997-7. Petition for review of a decision of the Court of Appeals, No. 48059-0-II, December 6, 2016, 197 Wn. App. 1003. *Denied* March 29, 2017.

*State, Respondent, v. Bunn, Petitioner*, No. 93998-5. Petition for review of a decision of the Court of Appeals, No. 48813-2-II, December 6, 2016, 197 Wn. App. 1004. *Denied* March 29, 2017.

*State, Respondent, v. Nickols, Petitioner*, No. 94003-7. Petition for review of a decision of the Court of Appeals, No. 47888-9-II, December 6, 2016, 197 Wn. App. 1002. *Denied* March 29, 2017.

*State, Petitioner, v. Priest, Respondent. In re Pers. Restraint of Priest*, No. 94010-0. Petition for review of decisions of the Court of Appeals, Nos. 32221-1-III and 33704--9-III, October 25, 2016, 196 Wn. App. 1040. *Denied* March 29, 2017.

*State, Respondent, v. Smith, Petitioner*, No. 94011-8. Petition for review of a decision of the Court of Appeals, No. 47488-3-II, December 20, 2016, 197 Wn. App. 1014. *Denied* March 29, 2017.